No. 11–8024. VALDEZ-ACOSTA, AKA MANCILLA, AKA LIRA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8025. BROOKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–492. LAW OFFICES OF MITCHELL N. KAY, PC *v.* LESHER. C. A. 3d Cir. Motions of Commercial Law League of America, ACA International, and National Association of Retail Collection Attorneys for leave to file briefs as *amici curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–627. ALABAMA *v.* LANE. Sup. Ct. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–630. T. A. *v.* FOREST GROVE SCHOOL DISTRICT. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–640. ALFORD *v.* CONSOLIDATED GOVERNMENT OF COLUMBUS, GEORGIA, ET AL. C. A. 11th Cir. Motion of respondents for sanctions denied. Certiorari denied.

No. 11–672. BOBBY, WARDEN *v.* D'AMBROSIO. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–7574. DUFOUR *v.* FLORIDA. Sup. Ct. Fla. Motion of American Association on Intellectual and Developmental Disabilities for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 11–7949. BROWN *v.* FISHER, WARDEN. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.